# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7501 PA (MANx) | Date | September 19, 2012 |
|---|---|---|---|
| Title | Kenneth Stroud v. Life Ins. Co. of N. Am. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**  IN CHAMBERS—ORDER TO SHOW CAUSE

     Before the Court is a Complaint filed by plaintiff Kenneth Stroud ("Plaintiff").  The Complaint alleges a claim arising under ERISA for disability insurance benefits pursuant to a policy issued by defendant Life Insurance Company of North America ("Defendant").  Other than allegations that could support the exercise of personal jurisdiction over Defendant in this District, the Complaint does not allege where Plaintiff resides or any other facts that support the Central District of California as being a convenient forum for this action.

     The Court orders the parties to show cause, in writing not to exceed 15 pages, why this action should not be transferred to another forum for the convenience of the parties and witnesses, and in the interests of justice.  See 28 U.S.C. §§ 124(a), 1404(a).  All factual matters relied upon in the parties' submissions must be supported by appropriate declarations and admissible evidence.  To assist the Court in determining whether transfer is appropriate and in the interest of justice, the parties are directed to address the following, in addition to sharing their beliefs as to which forum is more convenient for the parties and witnesses:

1. In what district does Plaintiff reside and could this action have been brought in that district;

2. Whether venue is appropriate in a venue other than the Central District of California ("Central District");

3. What contacts, if any, each of the parties has to the Central District, the district in which Plaintiff resides, and any other appropriate venue;

4. What connection Plaintiff's causes of action have to the Central District, the district in which Plaintiff resides, and any other appropriate venue;

5. Which witnesses are expected to be called and where they reside;

6. The availability of compulsory process to compel attendance of unwilling non-party

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7501 PA (MANx) | Date | September 19, 2012 |
|---|---|---|---|
| Title | Kenneth Stroud v. Life Ins. Co. of N. Am. | | |

      witnesses in the Central District as compared to the district in which Plaintiff resides, and any other appropriate venue;

7.     The ease of access to sources of proof in each of the three forums; and

8.     The expected difference in the cost of litigation in the Central District as compared to the district in which Plaintiff resides or any other appropriate venue; and

      Plaintiff is ordered to serve a copy of this Order on Defendant within three (3) days of the date of this Order. Plaintiff shall file his response no later than October 5, 2012. Defendant must file its response no later than October 12, 2012. Failure to timely respond to this order to show cause may result in the imposition of sanctions.

      IT IS SO ORDERED.